IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Travante-TyVaun: Tucker,**
In propria persona, not pro se,
Secured Party, Trustee of Iconic Truth Tribal Trust,
Plaintiff,

v.

**Florida Secured Transaction Registry,**
(aka Florida Department of State, Division of Corporations),
Defendant.

Civil Action No. _____8:25-CV-2290-MSS-TGW_____

AUG 27 2025 AM 11:41
FILED - USDC - FLMD - TPA

**COMPLAINT FOR VIOLATION OF RIGHTS, COMMON LAW FRAUD, AND UNLAWFUL INTERFERENCE WITH PRIVATE TRUST ENTITY**

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction under **28 U.S.C. § 1331** (federal question), and **28 U.S.C. § 1343** (civil rights violations).
2. Venue is proper under **28 U.S.C. § 1391(b)** because the events giving rise to the claim occurred, in part, in Florida, and Plaintiff resides in Illinois.

## II. PARTIES

3. **Plaintiff**, Travante-TyVaun: Tucker, is a living man, Native American by ancestry, a national of Illinois, a Christian by faith, and trustee of a foreign ecclesiastical trust organized under **IRC § 508(c)(1)(a)**.
4. Plaintiff is operating as a **Secured Party Creditor**, having lawfully filed appropriate notices under UCC procedures.
5. **Defendant**, Florida Secured Transaction Registry, is a governmental subdivision of the **Florida Department of State**, which manages public filings under Article 9 of the Uniform Commercial Code.

## III. STATEMENT OF FACTS

6. On or about June 10th, 2025, Plaintiff submitted documents to the Florida Secured Transaction Registry relating to a secured transaction involving private trust interests and religious trust property.
7. Defendant failed to process, record, or honor the filing(s) in accordance with UCC procedures, effectively obstructing Plaintiff's rights under the Uniform Commercial Code and First Amendment (Free Exercise).
8. Plaintiff alleges that Defendant acted **ultra vires**, exceeding their lawful authority, by rejecting or misclassifying filings related to religious trust interests.



9. Defendant's conduct has caused injury to Plaintiff's lawful standing as a Secured Party and impeded the operation of a religious trust, violating federal and common law protections.

## IV. CLAIMS FOR RELIEF
### COUNT I – Violation of Plaintiff's First Amendment Rights
(Free Exercise Clause – U.S. Const. Amend. I)

10. Plaintiff, as trustee of a religious organization, is protected under the First Amendment from government interference.
11. Defendant's rejection of ecclesiastical filings and trust notices constitutes an infringement of religious freedom.

### COUNT II – Common Law Fraud and Bad Faith

12. Defendant advertised itself as a public notice registry but engaged in arbitrary rejection of lawfully submitted UCC filings.
13. Such conduct constitutes fraud, misrepresentation, and breach of duty under common law.

### COUNT III – Unlawful Interference with Foreign Trust Entity

14. Plaintiff's trust operates as a **foreign, ecclesiastical entity** recognized under federal tax code and protected under international principles of trust law.
15. Defendant's actions amount to unlawful interference with a private trust not subject to Florida state regulation.

## V. PRAYER FOR RELIEF
WHEREFORE, Plaintiff respectfully requests that this Court:
A. Declare Defendant's actions unlawful and unconstitutional;
B. Issue injunctive relief compelling proper recording of Plaintiff's secured filings;
C. Award compensatory damages in the amount of $100,000;
D. Award punitive damages for willful misconduct;
E. Grant such other relief as the Court deems just and proper.

Respectfully submitted,
*/s/ Travante-TyVaun Tucker*
Travante T. Tucker, Trustee
PO Box 123 Gibsonton, FL 33534
(219) 515-0108
tnl62029@gmail.com
**In Propria Persona, Not Pro Se**